IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Loretta

Printed: 12/02/08

Case Number: 07 B 20546
Judge: Goldgar, A. Benjamin
Filed: 11/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: February 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,000.00 |  |
| Secured: |  | 8,601.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 791.06 |
| Trustee Fee: |  | 606.99 |
| Other Funds: |  | 0.00 |
| Totals: | 10,000.00 | 10,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,044.00 | 791.06 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 6. | GMAC Auto Financing | Secured | 5,106.71 | 3,056.16 |
| 7. | Great American Finance Company | Secured | 1,261.79 | 719.94 |
| 8. | American General Finance | Secured | 8,492.89 | 4,825.85 |
| 9. | Ocwen Federal Bank FSB | Secured | 19,075.00 | 0.00 |
| 10. | CitiFinancial | Secured | 1,100.00 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 1,521.66 | 0.00 |
| 12. | Capital One | Unsecured | 300.61 | 0.00 |
| 13. | Bass & Associates | Unsecured | 292.65 | 0.00 |
| 14. | Wells Fargo Financial Bank | Unsecured | 798.73 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 1,197.38 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 542.50 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 423.12 | 0.00 |
| 18. | B-Real LLC | Unsecured | 260.88 | 0.00 |
| 19. | American General Finance | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | $ 42,417.92 | $ 9,393.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Loretta

Printed: 12/02/08

Case Number:  07 B 20546
Judge:  Goldgar, A. Benjamin
Filed:  11/2/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 215.99 |
| 6.5% | 325.00 |
| 6.6% | 66.00 |
|  | $ 606.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

